Coal Operators Casualty Company, Appellant,
v. Groff.

Argued March 20, 1970.    Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

Cosmos J. Reale, for appellant.

*Charles S. Morrow,* with him *Edward O. Spotts,* and *Spotts, Gill, Gavin & Morrow,* for appellee.

OPINION PER CURIAM, April 22, 1970:

Order affirmed. See *National Grange Mutual Insurance Co. v. Kuhn,* 428 Pa. 179, 236 A. 2d 758 (1968); *Harleysville Mutual Insurance Co. v. Medycki,* 431 Pa. 67, 244 A. 2d 655 (1968); and *Pa. General Insurance Co. v. Barr,* 435 Pa. 456, 257 A. 2d 550 (1969).

Mr. Justice JONES dissents.